[No. 2143–3. Division Three. May 2, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. PARKER
CHARLES STANPHILL, *Appellant.*

Appeal from a judgment of the Superior Court for
Franklin County, No. 3306, Fred R. Staples, J., entered

October 8, 1976. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Roe, JJ.